**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Deramus, Faye** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **2088** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4016 S Indiana Ave**<br>**2nd Floor**<br>**Chicago, IL**   ZIPCODE **60653** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                          Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer   ☐ Debts are primarily<br>debts, defined in 11 U.S.C.        business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form<br>3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or<br>affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of<br>creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                   Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Deramus, Faye** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X **/s/ Nicolette Robovsky**          **2/04/09**<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

*© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

B1 (Official Form 1) (1/08)                                                                                                        Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Deramus, Faye** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Faye Deramus**
Signature of Debtor                                    **Faye Deramus**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**February  4, 2009**
Date

### Signature of Attorney*

X **/s/ Nicolette Robovsky**
Signature of Attorney for Debtor(s)

**Nicolette Robovsky 6278336
Gleason & Gleason
77 W Washington, Ste 1218
Chicago, IL  60602
(312) 578-9530  Fax: (312) 578-9524**

**February  4, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201 (12/08)

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days before the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

#### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Deramus, Faye
Printed Name(s) of Debtor(s)

**X** */s/ Faye Deramus*                                    2/04/2009
Signature of Debtor                                           Date

Case No. (if known) _____

**X** _____
Signature of Joint Debtor (if any)                  Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Deramus, Faye**                                                                          Case No. _____
_____                                                                                    (If known)
Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Rental:  15119 Lexington, Harvey, IL** | | | 140,000.00 | 130,049.00 |
| **Rental:  2 W 152nd St, Harvey, IL (in foreclosure)** | | | 118,000.00 | 122,223.00 |
| **Rental: 2227 E 97th St, Chicago, IL  60617** | | | 115,000.00 | 122,186.00 |
| **Residence at: 4016 S Indiana Ave Chicago, IL  60653 (joint with husband)** | | J | 450,000.00 | 415,074.00 |
| | | **TOTAL** | **823,000.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Deramus, Faye**                                                    Case No. _____
              Debtor(s)                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on Hand** | | **50.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account w / TCF Bank** **Checking account w/ Bank of America** **Savings Account w/ TCF Bank** | | **200.00** **200.00** **200.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Misc Household Goods** | | **1,500.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, Pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other colletions or collectibles** | | **150.00** |
| 6.  Wearing apparel. | | **Used Clothing** | | **250.00** |
| 7.  Furs and jewelry. | | **Misc Costume Jewelry** | | **150.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life - no cash value** **Term life thru work - no cash value** | | **0.00** **0.00** |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) with current employer - 100% Exempt** | | **3,000.00** |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Deramus, Faye**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Dodge Charger (joint with husband)** | | **17,000.00** |
| | | **2008 Jeep Grand Cherokee (joint with husband)** | **J** | **21,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Deramus, Faye**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **43,700.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Deramus, Faye** _____    Case No. _____

Debtor(s)    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Residence at:**<br>**4016 S Indiana Ave**<br>**Chicago, IL  60653**<br>**(joint with husband)** | **735 ILCS 5 §12-901** | **15,000.00** | **450,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on Hand** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **Checking account w / TCF Bank** | **735 ILCS 5 §12-1001(b)** | **200.00** | **200.00** |
| **Checking account w/ Bank of America** | **735 ILCS 5 §12-1001(b)** | **200.00** | **200.00** |
| **Savings Account w/ TCF Bank** | **735 ILCS 5 §12-1001(b)** | **200.00** | **200.00** |
| **Misc Household Goods** | **735 ILCS 5 §12-1001(b)** | **1,500.00** | **1,500.00** |
| **Books, Pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other colletions or collectibles** | **735 ILCS 5 §12-1001(a)** | **150.00** | **150.00** |
| **Used Clothing** | **735 ILCS 5 §12-1001(a)** | **250.00** | **250.00** |
| **Misc Costume Jewelry** | **735 ILCS 5 §12-1001(b)** | **150.00** | **150.00** |
| **401(k) with current employer - 100% Exempt** | **735 ILCS 5 §12-1006(a)** | **3,000.00** | **3,000.00** |
| **2007 Dodge Charger (joint with husband)** | **735 ILCS 5 §12-1001(b)** | **1,500.00** | **17,000.00** |
| **2008 Jeep Grand Cherokee (joint with husband)** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **21,000.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Deramus, Faye** _____  Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3640122706617** <br><br>**Aurora Loan Services I** <br>**PO Box 1706** <br>**Scottsbluff, NE  69363-1706** | | | **Mortgage account opened 9/06.  Secured by rental property at 15119 Lexington, Harvey, IL** <br><br> VALUE $ **140,000.00** | | | | **130,049.00** | |
| ACCOUNT NO. **1002937058** <br><br>**Chrysler Financial** <br>**999 Oakmont Plaza Dr** <br>**Westmont, IL  60559-5563** | X | | **Installment account opened 11/07.  PMSI in 2008 Jeep Grand Cherokee** <br><br> VALUE $ **21,000.00** | | | | **28,893.00** | **7,893.00** |
| ACCOUNT NO. <br><br>**Chrysler Financial** <br>**999 Oakmont Plaza Dr** <br>**Westmont, IL  60559-5563** | X | | **auto loan.  PMSI 2007 Dodge Charger** <br><br> VALUE $ **17,000.00** | | | | **21,000.00** | **4,000.00** |
| ACCOUNT NO. <br><br>**Cook County Treasurer** <br>**Attn Bankruptcy** <br>**118 N Clark St Ste 112** <br>**Chicago, IL  60602-1332** | | | **real estate taxes on 2227 E 97th, Chicago, IL and 2W 152nd, Harvey, IL** <br><br> VALUE $ **233,000.00** | | | | **5,000.00** | **4,223.00** |

_____ **1** continuation sheets attached

Subtotal
(Total of this page)    $ **184,942.00**    $ **16,116.00**

Total
(Use only on last page)    $ _____    $ _____

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Deramus, Faye** _____    Case No. _____
          Debtor(s)                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6930326148863**<br>**Homeq Servicing**<br>**PO Box 13716**<br>**Sacramento, CA  95853-3716** | | | **Mortgage account opened 1/07.  Secured by rental property at 2W 152nd St, Harvey, IL**<br><br>VALUE $ **118,000.00** | | | | **117,223.00** | |
| ACCOUNT NO.<br>**Codilis And Assocs**<br>**15W030 N Frontage Rd Ste 100**<br>**Burr Ridge, IL  60527-6921** | | | **Assignee or other notification for: Homeq Servicing**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **12350682**<br>**Hsbc/ms**<br>**PO Box 9068**<br>**Brandon, FL  33509-9068** | | | **Mortgage account opened 12/05.  Secured by rental property at 2227 E 97th St, Chicago, IL  60617**<br><br>VALUE $ **115,000.00** | | | | **93,390.00** | |
| ACCOUNT NO. **12350690**<br>**Hsbc/ms**<br>**PO Box 9068**<br>**Brandon, FL  33509-9068** | | | **Mortgage account opened 12/05.  2nd mortgage.  Secured by rental property at 2227 E 97th St, Chicago, IL  60617**<br><br>VALUE $ **115,000.00** | | | | **23,796.00** | **2,186.00** |
| ACCOUNT NO. **9083014816700**<br>**Washington Mutual Fa**<br>**PO Box 1093**<br>**Northridge, CA  91328-1093** | | | **Mortgage account opened 11/07.  Secured by Residence at:  4016 S Indiana Ave, Chicago, IL  60653**<br><br>VALUE $ **450,000.00** | | | | **415,074.00** | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _____ **1** of _____ **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $ **649,483.00**    $ **2,186.00**

Total
(Use only on last page)  $ **834,425.00**    $ **18,302.00**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Deramus, Faye**
_____
Debtor(s)                                    (If known)

Case No. _____

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Deramus, Faye _____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **517805722982** <br><br>**Capital One**<br>**PO Box 85520**<br>**Richmond, VA  23285-5520** | | | **Revolving account opened 6/08** | | | | **909.00** |
| ACCOUNT NO. <br><br>**TSYS Debt Management**<br>**PO Box 5155**<br>**Norcross, GA  30091-5155** | | | **Assignee or other notification for:**<br>**Capital One** | | | | |
| ACCOUNT NO. **517805727087** <br><br>**Capital One**<br>**PO Box 85520**<br>**Richmond, VA  23285-5520** | | | **Revolving account opened 6/08** | | | | **316.00** |
| ACCOUNT NO. <br><br>**City Of Chicago Bureau Of Parking**<br>**Dept Of Revenue**<br>**121 N Lasalle St Rm 1007A**<br>**Chicago, IL  60602-1202** | | | **parking tickets** | | | | **200.00** |

**3** continuation sheets attached

Subtotal (Total of this page) $ **1,425.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Deramus, Faye**

|                                              |                |
|----------------------------------------------|----------------|
| Debtor(s)                                    | Case No. _____ |
|                                              | (If known)     |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Arnold Scott Harris, PC**<br>**600 W Jackson Blvd Ste 720**<br>**Chicago, IL  60661-5683** | | | **Assignee or other notification for:**<br>**City Of Chicago Bureau Of Parking** | | | | |
| ACCOUNT NO.<br>**Linebarger, Goggan, Blair, & Sampson LLP**<br>**Attorneys At Law**<br>**PO Box 6152**<br>**Chicago, IL  60606-0152** | | | **Assignee or other notification for:**<br>**City Of Chicago Bureau Of Parking** | | | | |
| ACCOUNT NO. **14200431**<br>**Corporate**<br>**23220 Chagrin Blvd**<br>**Beachwood, OH  44122-5408** | | | | | | | 51.00 |
| ACCOUNT NO.<br>**Rcn Cable**<br>**2640 W Bradley Pl**<br>**Chicago, IL  60618-4717** | | | **Assignee or other notification for:**<br>**Corporate** | | | | |
| ACCOUNT NO. **515597000776**<br>**Hsbc Bank**<br>**PO Box 5253**<br>**Carol Stream, IL  60197-5253** | | | **Revolving account opened 8/06** | | | | 191.00 |
| ACCOUNT NO. **6247905**<br>**Mrsi**<br>**2250 E Devon Ave Ste 352**<br>**Des Plaines, IL  60018-4511** | | | **Open account opened 4/07** | | | | 1,389.00 |
| ACCOUNT NO.<br>**Rush University Medical Center**<br>**1700 W Van Buren St**<br>**Ste 161 Tob**<br>**Chicago, IL  60612-3244** | | | **Assignee or other notification for:**<br>**Mrsi** | | | | |

Sheet no. **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | $ | **1,631.00** |
|---|---|---|---|

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Deramus, Faye** _____ Case No. _____
                    Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6219776**<br>**Mrsi**<br>**2250 E Devon Ave Ste 352**<br>**Des Plaines, IL  60018-4511** | | | Open account opened 2/07 | | | | 343.00 |
| ACCOUNT NO.<br>**Rush University Medical Center**<br>**75 Remittance Dr, Dept 1611**<br>**Chicago, IL  60675-1611** | | | Assignee or other notification for:<br>Mrsi | | | | |
| ACCOUNT NO. **5935476**<br>**Mrsi**<br>**2250 E Devon Ave Ste 352**<br>**Des Plaines, IL  60018-4511** | | | Open account opened 5/05 | | | | 165.00 |
| ACCOUNT NO.<br>**Rush University Medical Center**<br>**PO Box 21238**<br>**Chicago, IL  60673-0001** | | | Assignee or other notification for:<br>Mrsi | | | | |
| ACCOUNT NO. **6078385**<br>**National Recovery Agen**<br>**2491 Paxton St**<br>**Harrisburg, PA  17111-1036** | | | Open account opened 6/08 | | | | 63.00 |
| ACCOUNT NO.<br>**Rush University Medical Group**<br>**75 Remittance Dr, Dept 6379**<br>**Chicago, IL  60675-6379** | | | Assignee or other notification for:<br>National Recovery Agen | | | | |
| ACCOUNT NO. **139698**<br>**Rush University Medical Center**<br>**1700 W Van Buren St**<br>**Ste 161 Tob**<br>**Chicago, IL  60612-3244** | | | Medical or Dental Bills | | | | 910.00 |

Sheet no. **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **1,481.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Deramus, Faye**                                          Case No. _____
                        Debtor(s)                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **400610000366** <br> **Rwds660-dsb** <br> **211 N Main** <br> **Blunt, SD  57522** | | | **Revolving account opened 7/05** | | | | **139.00** |
| ACCOUNT NO. **6035320232819548** <br> **Thd/cbsd** <br> **PO Box 6497** <br> **Sioux Falls, SD  57117** | | | **Revolving account opened 11/07** | | | | **373.00** |
| ACCOUNT NO. **50280321** <br> **University Of Chicago Medical** <br> **Attn Patient Accts** <br> **5841 S Maryland Ave** <br> **Chicago, IL  60637-1447** | | | **Medical or Dental Bill** | | | | **1,731.00** |
| ACCOUNT NO. <br> **University Of Chicago Medical** <br> **1122 Paysphere Circle** <br> **Chicago, IL  60674-0011** | | | **Assignee or other notification for:** <br> **University Of Chicago Medical** | | | | |
| ACCOUNT NO. **813221751** <br> **University Of Chicago Medical** <br> **1122 Paysphere Cir** <br> **Chicago, IL  60674-0011** | | | **Medical or Dental Bill** | | | | **730.00** |
| ACCOUNT NO. <br> **Verizon Wireless** <br> **(Formerly PrimeCo)** <br> **777 Big Timber Rd** <br> **Elgin, IL  60123-1401** | | | **Utility or Cellular Service** | | | | **250.00** |
| ACCOUNT NO. **3846789645** <br> **Wash Mutual/providian** <br> **PO Box 9180** <br> **Pleasanton, CA  94566-9180** | | | **Revolving account opened 7/08** | | | | **601.00** |

Sheet no. _____**3**_____ of _____**3**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **3,824.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ **8,361.00**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Deramus, Faye**                                                          Case No. _____
                          Debtor(s)                                                                (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Dependent**<br>**Dependent**<br>**Dependent** | AGE(S):<br>**1**<br>**6**<br>**7** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Billing Manager** | **Stock Specialist** |
| Name of Employer | **C. H. Robinson** | **Jewel A Supervalue Company** |
| How long employed | **5 years** | **6 years and 6 months** |
| Address of Employer | | **4320 W Thunderbird Rd** |
| | **Eden Prairie, MN** | **Glendale, AZ  85306-5027** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 3,972.32 | $ 2,227.33 |
| 2. Estimated monthly overtime | $ | | $ |
| **3. SUBTOTAL** | $ | 3,972.32 | $ 2,227.33 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | $ | 816.32 | $ 439.79 |
| b. Insurance | $ | 37.70 | $ 75.14 |
| c. Union dues | $ | | $ 41.43 |
| d. Other (specify)  **Child Support** | $ | | $ 392.82 |
| | $ | | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 854.02 | $ 949.18 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | 3,118.30 | $ 1,278.15 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ |
| 8. Income from real property | $ | 2,500.00 | $ |
| 9. Interest and dividends | $ | | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ |
| 11. Social Security or other government assistance | | | |
| (Specify) _____ | $ | | $ |
| | $ | | $ |
| 12. Pension or retirement income | $ | | $ |
| 13. Other monthly income | | | |
| (Specify) _____ | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | 2,500.00 | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | 5,618.30 | $ 1,278.15 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$ **6,896.45**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE Deramus, Faye _____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 3,792.00 |
|    a. Are real estate taxes included?   Yes ✓ No ____ | |
|    b. Is property insurance included?   Yes ✓ No ____ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 250.00 |
|    b. Water and sewer | $ 50.00 |
|    c. Telephone | $ 55.00 |
|    d. Other   **Cell Phones** | $ 55.00 |
|        **Cable And Internet** | $ 80.00 |
| 3. Home maintenance (repairs and upkeep) | $ |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 20.00 |
| 7. Medical and dental expenses | $ 50.00 |
| 8. Transportation (not including car payments) | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| 10. Charitable contributions | $ 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ 15.00 |
|    c. Health | $ |
|    d. Auto | $ 224.00 |
|    e. Other | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 506.00 |
|    b. Other   **Spouse's Car Payment** | $ 414.00 |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other   **Child Care** | $ 500.00 |
|        **Pet Care** | $ 30.00 |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    | $ 6,891.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 6,896.45 |
|    b. Average monthly expenses from Line 18 above | $ 6,891.00 |
|    c. Monthly net income (a. minus b.) | $ 5.45 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE __Deramus, Faye_____          Case No. _____
                                Debtor(s)                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**18** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February  4, 2009**_____          Signature: **_/s/ Faye Deramus_**_____
                                                                        **Faye Deramus**                                    Debtor

Date: _____          Signature: _____
                                                                                                              (Joint Debtor, if any)
                                                                        [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                                                        _____
                                                                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                    Case No. _____

Deramus, Faye                                                                  Chapter **7** _____
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 43,000.00 | 2006 Income from employment |
| 46,088.00 | 2007 Income from employment |
| 3,972.00 | 2008 Income from employment (monthly) |
| 24,000.00 | 2006 Income from rents |
| 30,000.00 | 2007 Income from rents |
| 3,500.00 | 2008 Income from rents (monthly) |

---

**2. Income other than from employment or operation of business**

None
☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Chrysler Financial**<br>**999 Oakmont Plaza Dr**<br>**Westmont, IL  60559-5563** | **Last 3 months** | **1,515.00** | **28,893.00** |
| **Washington Mutual Bank**<br>**Mailstop:  JAZA2035**<br>**7255 Baymeadows Way**<br>**Jacksonville, FL  32256-6851** | **Last 3 months** | **11,396.00** | **415,074.00** |

None ☑  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **US Bank National Assoc vs Faye**<br>**M Deramus; 08CH31705** | **Foreclosure** | **Cook County Circuit Court** | **Pending** |

None ☑  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gleason & Gleason** | **10/24/2008** | **351.00** |
| **77 W Washington, Ste 1218** | | |
| **Chicago, IL  60602** | | |

**10. Other transfers**

None ☑  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **4700 S Lake Park Ave, Chicago, IL  60615** | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **February  4, 2009**          Signature  */s/ Faye Deramus*
                                                    of Debtor                                                   **Faye Deramus**

Date: _____          Signature _____
                                                    of Joint Debtor
                                                    (if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Deramus, Faye                                              Chapter **7**
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 823,000.00 | | |
| B - Personal Property | Yes | 3 | $ 43,700.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 834,425.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 8,361.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 6,896.45 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 6,891.00 |
| TOTAL | | 16 | $ 866,700.00 | $ 842,786.00 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

Deramus, Faye                                             Chapter **7**_____
                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 6,896.45 |
| Average Expenses (from Schedule J, Line 18) | $ | 6,891.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 9,394.09 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 18,302.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 8,361.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 26,663.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                    Case No. _____

**Deramus, Faye**                                                                Chapter **7**_____
                            Debtor(s)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
### WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Faye Deramus**_____

Date: **February 4, 2009**_____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                    Case No. _____

Deramus, Faye                                                                   Chapter **7** _____
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Aurora Loan Services I** | **Describe Property Securing Debt:**<br>**Rental:  15119 Lexington, Harvey, IL** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Chrysler Financial** | **Describe Property Securing Debt:**<br>**2008 Jeep Grand Cherokee** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Diana Ruiz** | **Describe Leased Property:**<br>**Landlord/ Tenant lease at 15119 Lexington, Harvey, IL.  Rent is** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:**<br>**Keshia Clark** | **Describe Leased Property:**<br>**Landlord/ Tenant lease at 2 W 152nd Ave, Harvey, IL.  Rent is $1** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

___**3** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**February  4, 2009**_____          ***/s/ Faye Deramus***_____
                                                                    Signature of Debtor

                                                                    _____
                                                                    Signature of Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Chrysler Financial** | **Describe Property Securing Debt:**<br>**2007 Dodge Charger** |

Property will be (*check one*):
☐ Surrendered   ☑ Retained

If retaining the property, I intend to (*check at least one*):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (*check one*):
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer** | **Describe Property Securing Debt:**<br>**Rental:  2227 E 97th St, Chicago, IL  60617** |

Property will be (*check one*):
☑ Surrendered   ☐ Retained

If retaining the property, I intend to (*check at least one*):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (*check one*):
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer** | **Describe Property Securing Debt:**<br>**Rental:  2 W 152nd St, Harvey, IL** |

Property will be (*check one*):
☑ Surrendered   ☐ Retained

If retaining the property, I intend to (*check at least one*):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (*check one*):
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Continuation

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**Joi Cobb** | **Describe Leased Property:**<br>**Landlord/ Tenant lease at 4016 S Indiana Ave.  Rent is $1000 mon** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br>**Jackie Ramirez** | **Describe Leased Property:**<br>**Landlord/ Tenant lease at 4016 S Indiana Ave.  Rent is $1500 mon** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☑ No |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Homeq Servicing** | **Describe Property Securing Debt:**<br>**Rental:  2 W 152nd St, Harvey, IL** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Hsbc/ms** | **Describe Property Securing Debt:**<br>**Rental:  2227 E 97th St, Chicago, IL  60617** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Hsbc/ms** | **Describe Property Securing Debt:**<br>**Rental:  2227 E 97th St, Chicago, IL  60617** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Continuation sheet ___**2**___ of ___**3**___

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

### PART A – Continuation

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Washington Mutual Fa** | **Describe Property Securing Debt:**<br>**Residence at:** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

### PART B – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet ___**3**___ of ___**3**___

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### United States Bankruptcy Court
### Northern District of Illinois

**IN RE:**                                                    Case No. _____

Deramus, Faye                                               Chapter **7**_____
_____
                    Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **28**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **February 4, 2009**_____          ***/s/ Faye Deramus***_____
                                            Debtor

                                            _____
                                            Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Deramus, Faye
4016 S Indiana Ave
2nd Floor
Chicago, IL  60653

Homeq Servicing
PO Box 13716
Sacramento, CA  95853-3716

Rush University Medical Group
75 Remittance Dr, Dept 6379
Chicago, IL  60675-6379

Gleason & Gleason
77 W Washington, Ste 1218
Chicago, IL  60602

Hsbc Bank
PO Box 5253
Carol Stream, IL  60197-5253

Rwds660-dsb
211 N Main
Blunt, SD  57522

Arnold Scott Harris, PC
600 W Jackson Blvd Ste 720
Chicago, IL  60661-5683

Hsbc/ms
PO Box 9068
Brandon, FL  33509-9068

Thd/cbsd
PO Box 6497
Sioux Falls, SD  57117

Aurora Loan Services I
PO Box 1706
Scottsbluff, NE  69363-1706

Linebarger, Goggan, Blair, & Sampson LLP
Attorneys At Law
PO Box 6152
Chicago, IL  60606-0152

TSYS Debt Management
PO Box 5155
Norcross, GA  30091-5155

Capital One
PO Box 85520
Richmond, VA  23285-5520

Mrsi
2250 E Devon Ave Ste 352
Des Plaines, IL  60018-4511

University Of Chicago Medical
Attn Patient Accts
5841 S Maryland Ave
Chicago, IL  60637-1447

Chrysler Financial
999 Oakmont Plaza Dr
Westmont, IL  60559-5563

National Recovery Agen
2491 Paxton St
Harrisburg, PA  17111-1036

University Of Chicago Medical
1122 Paysphere Circle
Chicago, IL  60674-0011

City Of Chicago Bureau Of Parking
Dept Of Revenue
121 N Lasalle St Rm 1007A
Chicago, IL  60602-1202

Rcn Cable
2640 W Bradley Pl
Chicago, IL  60618-4717

University Of Chicago Medical
1122 Paysphere Cir
Chicago, IL  60674-0011

Codilis And Assocs
15W030 N Frontage Rd Ste 100
Burr Ridge, IL  60527-6921

Rush University Medical Center
1700 W Van Buren St
Ste 161 Tob
Chicago, IL  60612-3244

Verizon Wireless
(Formerly PrimeCo)
777 Big Timber Rd
Elgin, IL  60123-1401

Cook County Treasurer
Attn Bankruptcy
118 N Clark St Ste 112
Chicago, IL  60602-1332

Rush University Medical Center
75 Remittance Dr, Dept 1611
Chicago, IL  60675-1611

Wash Mutual/providian
PO Box 9180
Pleasanton, CA  94566-9180

Corporate
23220 Chagrin Blvd
Beachwood, OH  44122-5408

Rush University Medical Center
PO Box 21238
Chicago, IL  60673-0001

Washington Mutual Fa
PO Box 1093
Northridge, CA  91328-1093

01/06/2007  01:32    7088800703                                                  PAGE  01/06

| Form **1040** | Department of the Treasury - Internal Revenue Service **2007** (99) | | | |
|---|---|---|---|---|
| | U.S. Individual Income Tax Return | IRS Use Only-Do not write or staple in this space. | | |

**Label** (See Instructions.) Use the IRS label. Otherwise, please print or type.

For the year Jan. 1-Dec. 31, 2007, or other tax year beginning ____, 2007, ending ____, 20____        OMB No. 1545-0074

| Name  Spouse's Name (if Joint Return)    Home Address    City, State, and ZIP Code | Your social security number |
|---|---|
| FAYE M DERAMUS | 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 |
| | Spouse's social security no. |
| 4700 SOUTH LAKE PARK APT 170 | |
| CHICAGO IL 60615 | You must enter ▲ your SSN(s) above. ▲ |

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☒ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a ......................

6b ☐ Spouse ..................................................................

Boxes checked on 6a and 6b ........
No. of children on 6c who:

| c Dependents: | | (2) Dependent's social security no. | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instr.) |
|---|---|---|---|---|
| (1) First name  Last name | | | | |
| JAYDA M GRADY | | 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 | DAUGHTER | X |
| | | | | |
| | | | | |
| | | | | |

If more than four dependents, see instr.

• lived with you
• did not live with you due to divorce or separation (see instr.)
Dependents on 6c not entered above ........

Add numbers on lines above ▶

d  Total number of exemptions claimed ..............................................

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ............................... | 7 | 46,088. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required ............................. | 8a | |
| b | Tax-exempt interest. Do not include on line 8a  8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required ........................... | 9a | |
| b | Qualified dividends (see instructions)  9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) .... | 10 | |
| 11 | Alimony received ........................................................ | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ ......................... | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 ................................. | 14 | |
| 15a | IRA distributions  15a | b Taxable amount (see inst.) | 15b | |
| 16a | Pensions and annuities  16a | b Taxable amount (see inst.) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | (32,252 |
| 18 | Farm income or (loss). Attach Schedule F .................................. | 18 | |
| 19 | Unemployment compensation ............................................. | 19 | |
| 20a | Social security benefits  20a | b Taxable amount (see inst.) | 20b | |
| 21 | Other income. List type and amount (see instr.) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 13,836 |

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| 23 | Educator expenses (see instructions) ............................. | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ  | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 ........ | 25 | |
| 26 | Moving expenses. Attach Form 3903 ...................... | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE ....... | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans ........... | 28 | |
| 29 | Self-employed health insurance deduction (see instr.) ...... | 29 | |
| 30 | Penalty on early withdrawal of savings ................... | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶  | 31a | |
| 32 | IRA deduction (see instructions) ........................ | 32 | |
| 33 | Student loan interest deduction (see instructions) ......... | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 ............. | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903. | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 .................................. | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 13,836 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.                    Form **1040** (20

BCA  Copyright form software only, 2007 Universal Tax Systems, Inc. All rights reserved.        US1040B1    Rev. 1

01/06/2007  01:32   7088800703                                              PAGE  02/06

| Form 1040 (2007) | FAYE M DERAMUS | | | | 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 | | Page 2 |
|---|---|---|---|---|---|---|---|

| | 38 | Amount from line 37 (adjusted gross income) | | 38 | 13,836. |
|---|---|---|---|---|---|

**Tax and Credits**

**Standard Deduction for -**
- People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instr.
- All others:
Single or Married filing separately, $5,350
Married filing jointly or Qualifying widow(er), $10,700
Head of household, $7,850

| 39a | Check if: ☐ You were born before Jan. 2, 1943, ☐ Blind. ☐ Spouse was born before Jan. 2, 1943, ☐ Blind. Total boxes checked ► 39a ☐ | | |
|---|---|---|---|
| b | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ............ ► 39b ☐ | | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) ...... | 40 | 11,245. |
| 41 | Subtract line 40 from line 38 ............................................ | 41 | 2,591. |
| 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet in the instructions | 42 | 6,800. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- ...... | 43 | 0 |
| 44 | Tax (see instr.). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ Form 8889 | 44 | |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 ...................... | 45 | |
| 46 | Add lines 44 and 45 ...................................................... ► | 46 | |
| 47 | Credit for child and dependent care exp. Attach Form 2441. | 47 | | | |
| 48 | Credit for the elderly or the disabled. Attach Schedule R ... | 48 | | | |
| 49 | Education credits. Attach Form 8863 ..................... | 49 | | | |
| 50 | Residential energy credits. Attach Form 5695 ............ | 50 | | | |
| 51 | Foreign tax credit. Attach Form 1116 if required........... | 51 | | | |
| 52 | Child tax credit (see instr.). Attach Form 8901 if required ... | 52 | | | |
| 53 | Retirement savings contributions credit. Attach Form 8880 ... | 53 | | | |
| 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 c ☐ Form 8839 | 54 | | | |
| 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form ___ | 55 | | | |
| 56 | Add lines 47 through 55. These are your total credits ........................... | 56 | |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ............ ► | 57 | |

**Other Taxes**

| 58 | Self-employment tax. Attach Schedule SE ................................... | 58 | |
|---|---|---|---|
| 59 | Unreported social security and Medicare tax from: a ☐ Form 4137 b ☐ Form 8919 ... | 59 | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required ... | 60 | |
| 61 | Advance earned income credit payments from Form(s) W-2, box 9 ................... | 61 | |
| 62 | Household employment taxes. Attach Schedule H ............................. | 62 | |
| 63 | Add lines 57 through 62. This is your total tax ............................. ► | 63 | |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| 64 | Federal income tax withheld from Forms W-2 and 1099 ... | 64 | 6,074. | | |
|---|---|---|---|---|---|
| 65 | 2007 estimated tax pymts and amt applied from 2006 return | 65 | | | |
| 66a | Earned income credit (EIC) ......................... | 66a | | | |
| b | Nontaxable combat pay election ...... 66b | | | | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see inst) | 67 | | | |
| 68 | Additional child tax credit. Attach Form 8812 ............ | 68 | 1,000. | | |
| 69 | Amount paid with request for extension to file (see inst) ..... | 69 | | | |
| 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | | | |
| 71 | Refundable credit for prior minimum tax from Form 8801, line 27 | 71 | | | |
| 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments .......... ► | 72 | 7,074. |

**Refund**

Direct deposit? See instructions and fill in 74b, 74c, and 74d, or Form 8888.

| 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 | 7,074. |
|---|---|---|---|
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ... ► ☐ | 74a | 7,074. |
| b | Routing number ► 044204370 | ► c Type: ☒ Checking ☐ Savings | |
| d | Account number ► 86432434078208 8 | | |
| 75 | Amount of line 73 you want applied to your 2008 estimated tax ► | 75 | |

**Amount You Owe**

| 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see instructions ► | 76 | |
|---|---|---|---|
| 77 | Estimated tax penalty (see instructions) ............ | 77 | |

**Third Party Designee**

| Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete the following. ☐ No | | |
|---|---|---|
| Designee's name ► BEBLON D BOBO-THOMAS | Phone no. ► 708-868-3963 | Personal identification number (PIN) ► 604C |

**Sign Here**
Joint return? See instr.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation ACCOUNTS PAYABLE MGR | Daytime phone number 708-769-8 |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Preparer's signature ► BEBLON D BOBO-THOMAS | Date | Check if self-employed ☒ | Preparer's SSN or PTIN P00618157 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ► BOBOS INCOME TAX SERVICE 305 157 TH ST CALUMET CITY IL 60409 | | EIN 45-0509516 | |
| | | Phone no. 708-868-3 | |

BCA   Copyright form software only, 2007 Universal Tax Systems, Inc. All rights reserved.   US1040I2   Rev. 1                     Form **1040** (2

| SCHEDULES A&B (Form 1040) | **Schedule A - Itemized Deductions** (Schedule B is on page 2) ► Attach to Form 1040. ► See Instructions for Schedules A&B (Form 1040). | OMB No. 1545-0074 **2007** Attachment Sequence No. **07** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | |

| Name(s) shown on Form 1040 | Your social security no. |
|---|---|
| FAYE M DERAMUS | 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 |

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | |
| | 2 | Enter amt. from Form 1040, line 38  2 | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | |
| **Taxes You Paid** (See instructions.) | 5 | State and local (check only one box): a ☐ Income taxes, or b ☒ General sales taxes (see instructions) | 5 | 2,860. |
| | | | 6 | 1,852. |
| | 6 | Real estate taxes (see instructions) | | |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes. List type and amount ► _____ | 8 | |
| | 9 | Add lines 5 through 8 | 9 | 4,712. |
| **Interest You Paid** (See instructions.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 5,025. |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see inst. and show that person's name, identifying no., and address ► | 11 | |
| Note. Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | |
| | 13 | Qualified mortgage insurance premiums (See instructions) | 13 | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | |
| | 15 | Add lines 10 through 14 | 15 | 5,025. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | 990. |
| | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 17 | 495. |
| | 18 | Carryover from prior year | 18 | |
| | 19 | Add lines 16 through 18 | 19 | 1,485. |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** (See instructions.) | 21 | Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See Instructions) ► | 21 | |
| | 22 | Tax preparation fees | 22 | 300. |
| | 23 | Other expenses - investment, safe deposit box, etc. List type and amount ► | 23 | |
| | 24 | Add lines 21 through 23 | 24 | 300. |
| | 25 | Enter amt. from Form 1040, line 38  25  13,836. | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | 277. |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | 27 | 23. |
| **Other Miscellaneous Deductions** | 28 | Other - from list in the inst. List type and amount ► | 28 | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $156,400 (over $78,200 if married filing separately)? ☒ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. ····► ☐ **Yes.** Your deduction may be limited. See instructions for the amount to enter. | 29 | 11,245. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► ☐ | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.          Schedule A (Form 1040) 20

BCA   Copyright form software only, 2007 Universal Tax Systems, Inc. All rights reserved.          USSCHA$1   Rev. 1

01/06/2007  01:32   7088800703                                           PAGE  04/06

**SCHEDULE E**
**(Form 1040)**
Department of the Treasury
Internal Revenue Service          (99)

**Supplemental Income and Loss**
(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040, 1040NR, or Form 1041. ▶ See instr. for Schedule E (Form 1040).

OMB No. 1545-0074
**2007**
Attachment
Sequence No. **13**

Name(s) shown on return
FAYE M DERAMUS

Your social security no.
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

**Part I   Income or Loss From Rental Real Estate and Royalties**  Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

1 List the type and location of each rental real estate property:

| | | 2 For each rental real estate prop. listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of: • 14 days or • 10% of the total days rented at fair rental value? (See instructions) | | Yes | No |
|---|---|---|---|---|---|
| A | SINGLE FAMILY HOME 2227 E 97 TH ST CHICAGO IL 60617 | | A | | X |
| B | SINGLE FAMILY HOME 15119 LEXINGTON AVE HARVEY IL 60426 | | B | | X |
| C | SINGLE FAMILY HOME 2 WEST 152 ND ST HARVEY IL 60426 | | C | | X |

| | | | Properties | | | | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|---|
| **Income:** | | | A | B | C | | |
| 3 Rents received | 3 | | 9,645. | 10,230. | 16,050. | 3 | 35,925. |
| 4 Royalties received | 4 | | | | | 4 | |
| **Expenses:** | | | | | | | |
| 5 Advertising | 5 | | | | | | |
| 6 Auto and travel (see instructions) | 6 | | 997. | 995. | 962. | | |
| 7 Cleaning and maintenance | 7 | | 1,150. | 1,250. | 1,325. | | |
| 8 Commissions | 8 | | | | | | |
| 9 Insurance | 9 | | 2,365. | 925. | 880. | | |
| 10 Legal and other professional fees | 10 | | | | | | |
| 11 Management fees | 11 | | | | | | |
| 12 Mortgage interest paid to banks, etc. (see instructions) | 12 | | 9,394. | 11,238. | 11,101. | 12 | 31,733. |
| 13 Other interest | 13 | | | | | | |
| 14 Repairs | 14 | | 993. | 980. | 967. | | |
| 15 Supplies | 15 | | 992. | 875. | 918. | | |
| 16 Taxes | 16 | | 683. | 1,875. | 1,962. | | |
| 17 Utilities | 17 | | 250. | 325. | 312. | | |
| 18 Other (list) ▶ | 18 | | | | | | |
| 19 Add lines 5 through 18 | 19 | | 16,824. | 18,463. | 18,427. | 19 | 53,714. |
| 20 Depreciation expense or depletion (see instructions) | 20 | | 4,531. | 4,879. | 5,053. | 20 | 14,463. |
| 21 Total expenses. Add lines 19 and 20 | 21 | | 21,355. | 23,342. | 23,480. | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file Form 6198 | 22 | | (11,710.) | (13,112.) | (7,430.) | | |
| 23 Deductible rental real estate loss. Caution. Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file Form 8582. Real estate professionals must complete line 43 on page 2 | 23 | ( | 11,710.) ( | 13,112.) ( | 7,430.) | | |
| 24 Income. Add positive amounts shown on line 22. Do not include any losses | | | | | | 24 | |
| 25 Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | | 25 | ( 32,252.) |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17 or 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | | | | 26 | (32,252.) |

For Paperwork Reduction Act Notice, see Form 1040 instructions.                    Schedule E (Form 1040) 20

BCA    Copyright form software only, 2007 Universal Tax Systems, Inc. All rights reserved.          USSCHE84    Rev. 4

Schedule E (Form 1040) 2007     Attachment Sequence No. 13     Page 2

| Name(s) shown on return. Do not enter name and social security number if shown on page 1. | Your social security no. |
|---|---|
| FAYE M DERAMUS | 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 |

Caution: The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

**Part II**   **Income or Loss From Partnerships and S Corporations**   Note. If you report a loss from an at-risk activity for which any amount is not at risk, you must check the box in column(e) on line 28 and attach Form 6198. See instructions.

27 Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section.     ☐ Yes   ☐ No

| 28 | (a) Name | (b) Enter P for partnership; B for S corp. | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | |
| b Totals | | | | | |

30 Add columns (g) and (j) of line 29a ........................................ | 30 | |
31 Add columns (f), (h), and (i) of line 29b ........................................ | 31 | ( ) |

32 Total partnership and S corporation income or (loss).Combine lines 30 and 31. Enter the result here and include in the total on line 41 below ........................................ | 32 | |

**Part III**   **Income or Loss From Estates and Trusts**

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

35 Add columns (d) and (f) of line 34a ........................................ | 35 | |
36 Add columns (c) and (e) of line 34b ........................................ | 36 | ( ) |
37 Total estate and trust income or (loss). Combine lines 35 and 36. Enter the result here and include in the total on line 41 below ........................................ | 37 | |

**Part IV**   **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder**

| 38 | (a) Name | (b) Employer identification no. | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

39 Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ............. | 39 | |

**Part V**   **Summary**

40 Net farm rental income or (loss) from Form 4835. Also, complete line 42 below ........................................ | 40 | |

41 Total income or (loss). Combine lines 26, 32, 37, 39, and 40. Enter the result here and from Form 1040, line 17, or 1040NR, line 18........................................ ▶ | 41 | (32,252 |

42 Reconciliation of farming and fishing income.Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code T; and Schedule K-1 (Form 1041), line 14, code F (see instructions) | 42 | |

43 Reconciliation for real estate professionals.If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules | 43 | (32,252 ) |

Schedule E (Form 1040) 2007

BCA   Copyright form software only, 2007 Universal Tax Systems, Inc. All rights reserved.    USSCHE2    Rev. 1

01/06/2007  01:32    7088808703                                                              PAGE  06/06

| Form **4562** | | **Depreciation and Amortization** | | OMB No. 1545-0172 |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | (Including Information on Listed Property)<br>► See separate instructions.   ► Attach to your tax return. | | **2007**<br>Attachment<br>Sequence No. **67** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| FAYE M DERAMUS | SCH E | 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 |

**Part I   Election To Expense Certain Property Under Section 179**
Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 Maximum amount. See the instructions for a higher limit for certain businesses ............................ | | **1** | 125,000. |
| 2 Total cost of section 179 property placed in service (see instructions) .......................................... | | **2** | |
| 3 Threshold cost of section 179 property before reduction in limitation ........................................... | | **3** | 500,000. |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- ............................... | | **4** | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married<br>filing separately, see instructions ...................................................................................... | | **5** | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|
| 6 | | | |

| | | | |
|---|---|---|---|
| 7 Listed property. Enter the amount from line 29 ...................................... | **7** | | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 ...................... | | **8** | |
| 9 Tentative deduction. Enter the smaller of line 5 or line 8 ......................................................... | | **9** | |
| 10 Carryover of disallowed deduction from line 13 of your 2006 Form 4562 ................................. | | **10** | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | | **11** | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 ................. | | **12** | |
| 13 Carryover of disallowed deduction to 2008. Add lines 9 and 10, less line 12 ...... ► | **13** | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II   Special Depreciation Allowance and Other Depreciation**(Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 Special allowance for qualified New York Liberty or Gulf Opportunity Zone property (other than listed property)<br>and cellulosic biomass ethanol plant property placed in service during the tax year (see instructions) ............ | | **14** | |
| 15 Property subject to section 168(f)(1) election .......................................................................... | | **15** | |
| 16 Other depreciation (including ACRS) ..................................................................................... | | **16** | |

**Part III   MACRS Depreciation (Do not include listed property.) (See instructions.)**

**Section A**

| | | | |
|---|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2007 ............................... | | **17** | |
| 18 If you are electing to group any assets placed in service during the tax year<br>into one or more general asset accounts, check here ............................................... ► ☐ | | | |

**Section B—Assets Placed in Service During 2007 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depr. (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | 01/2007 | 130,000. | 27.5 yrs. | MM | S/L | 4,531. |
| | 01/2007 | 285,000. | 27.5 yrs. | MM | S/L | 9,932. |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2007 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

**Part IV   Summary (see instructions)**

| | | | |
|---|---|---|---|
| 21 Listed property. Enter amount from line 28 .......................................................................... | | **21** | |
| 22 Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21.<br>Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions ...... | | **22** | 14,463 |
| 23 For assets shown above and placed in service during the current year, enter the<br>portion of the basis attributable to section 263A costs ................................... | **23** | | |

For Paperwork Reduction Act Notice, see separate instructions.                          Form **4562** (200

BCA  Copyright form software only. 2007 Universal Tax Systems, Inc. All rights reserved.     US400381  Rev. 1

## Earnings Statement

CO        FILE #
PCSC98  000012771                    005224-005216
MD:7655
Dept:7655
C H Robinson Company, Inc.        Co:002
14701 Charlson Road
Eden Prairie, MN 55347

| | | | Page  001  of  001 |
|---|---|---|---|
| Period  Ending: | | | 08/31/2008 |
| Advice  Date: | | | 08/29/2008 |
| Advice  Number: | | | 0090472412 |
| Batch  Number: | | | 000000000199 |

Taxable  Marital  Status:    S

Exemptions/Allowances              Add'l
    Fed:  02
    IL:    02

Emp#  12771

FAYE  M  DERAMUS
4016  S.  Indiana  Ave
2nd  FL
Chicago,  IL  60653

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | | | 2,000.00 | 32,000.00 |
| Other  -  Adju | 7.22- | | 166.62- | 912.25- |
| Rstr  Unit  Di | | | 0.00 | 151.80 |
| Restricted  U | | | 0.00 | 0.00 |
| ESPP  Refund | | | 0.00 | 73.28 |
| Gross  Pay | | 7.22- | 1,833.38 | 31,312.83 |

| Other  Benefits  and Information | This  Period | Year-to-Date |
|---|---|---|
| 401(K)    Match | 73.34 | 1,243.53 |

### Deductions

| | | This Period | Year-to-Date |
|---|---|---|---|
| Fed  Withholding | | 190.02 | 3,507.45 |
| Fed  MED/EE | | 26.40 | 450.10 |
| Fed  OASDI/EE | | 112.91 | 1,924.59 |
| IL  Withholding | | 47.43 | 813.95 |
| *Medical    Premium | | 12.50 | 200.00 |
| *401(K) | | 73.34 | 1,243.53 |
| Long  Term  Disability  Plus | | 4.90 | 71.12 |
| ESPP  Stock  Purchase | | 18.33 | 310.87 |
| Net  Pay | | 1,347.55 | 22,791.22 |

### Direct Deposit Summary

| Trans  Type | Account | Amount |
|---|---|---|
| Deposit  Che  **2553 | | 1,347.55 |
| Net  Check | | 0.00 |

Base  Salary:        $2,000.00

© 2002 Automatic Data Processing (PC5U/V3)

C H Robinson  Company,  Inc.
14701  Charlson  Road
Eden  Prairie,  MN  55347

Advice  Number:        0090472412

Advice  Date:          08/29/2008

Deposited  to  the  account  of
FAYE  M  DERAMUS

| | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| Checking | **2553 | 271972572 | 1347.55 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

## Earnings Statement

CO      FILE #
PCSC98  000012771          005240-005232
MD:7655
Dept:7655    Co:002
C H Robinson  Company,  Inc.
14701  Charlson  Road
Eden  Prairie,  MN  55347

| | | Page 001 of 001 |
|---|---|---|
| Period  Ending: | | 07/15/2008 |
| Advice  Date: | | 07/15/2008 |
| Advice  Number: | | 0090454270 |
| Batch  Number: | | 000000000196 |

Taxable   Marital   Status:   S

Exemptions/Allowances          Add'l
Fed:  02
IL:   02

Emp #  12771

FAYE  M  DERAMUS
4016  S.  Indiana  Ave
2nd  FL
Chicago,  IL   60653

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | | | 2,000.00 | 26,000.00 |
| ESPP Refund | | | 24.94 | 73.28 |
| Rstr  Unit  Di | | | 50.60 | 151.80 |
| Restricted     U | | | 0.00 | 0.00 |
| Other   -  Adju | | | 0.00 | 563.78- |
| Gross  Pay | | | 2,075.54 | 25,661.30 |

### Deductions

| | | This Period | Year-to-Date |
|---|---|---|---|
| Fed  Withholding | | 242.66 | 2,901.05 |
| Fed  MED/EE | | 29.55 | 368.69 |
| Fed  OASDI/EE | | 126.38 | 1,576.48 |
| IL  Withholding | | 53.75 | 667.30 |
| *Medical   Premium | | 12.50 | 162.50 |
| *401(K) | | 80.00 | 1,017.46 |
| Long  Term  Disability   Plus | | 4.90 | 56.42 |
| ESPP  Stock   Purchase | | 20.00 | 254.36 |
| Net  Pay | | 1,505.80 | 18,657.04 |

| Other  Benefits  and Information | This Period | Year-to-Date |
|---|---|---|
| 401(K)    Match | 80.00 | 1,017.46 |

### Direct Deposit Summary

| Trans | Type | Account | Amount |
|---|---|---|---|
| Deposit | Che | **2553 | 1,505.80 |
| Net  Check | | | 0.00 |

Base  Salary:          $2,000.00

© 2002 A-concept Data Processing  (PC3I/IVO)

C H Robinson   Company,   Inc.
14701  Charlson   Road
Eden  Prairie,  MN  55347

Advice  Number:    0090454270

Advice  Date:        07/15/2008

Deposited  to  the  account  of
FAYE  M  DERAMUS

| | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| Checking | **2553 | 271972572 | 1505.80 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE



## Earnings Statement

| CO | FILE # | |
|---|---|---|
| PCSC98 | 000012771 | 005222-005215 |
| MD:7655 | | |
| Dept:7655 | Co:002 | |

C H Robinson Company, Inc.
14701 Charlson Road
Eden Prairie, MN 55347

| | | | Page 001 of 001 |
|---|---|---|---|
| Period | Ending: | | 07/31/2008 |
| Advice | Date: | | 07/31/2008 |
| Advice | Number: | | 0090460386 |
| Batch | Number: | | 000000000197 |

| Taxable | Marital | Status: | S |
|---|---|---|---|

Exemptions/Allowances          Add'l
Fed: 02
IL: 02

FAYE M DERAMUS
4016 S. Indiana Ave
2nd FL
Chicago, IL 60653

Emp # 12771

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | | 2,000.00 | | 28,000.00 |
| Rstr Unit Di | | | 0.00 | 151.80 |
| Restricted U | | | 0.00 | 0.00 |
| ESPP Refund | | | 0.00 | 73.28 |
| Other - Adju | | | 0.00 | 563.78- |
| **Gross Pay** | | | **2,000.00** | **27,661.30** |

| Other Benefits and Information | | This Period | Year-to-Date |
|---|---|---|---|
| 401(K) Match | | 80.00 | 1,097.46 |

### Deductions

| | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Withholding | | 230.01 | 3,131.06 |
| Fed MED/EE | | 28.82 | 397.51 |
| Fed OASDI/EE | | 123.24 | 1,699.72 |
| IL Withholding | | 52.23 | 719.53 |
| *Medical Premium | | 12.50 | 175.00 |
| *401(K) | | 80.00 | 1,097.46 |
| Long Term Disability Plus | | 4.90 | 61.32 |
| ESPP Stock Purchase | | 20.00 | 274.36 |
| **Net Pay** | | **1,448.30** | **20,105.34** |

### Direct Deposit Summary

| Trans | Type | Account | Amount |
|---|---|---|---|
| Deposit | Che | **2553 | 1,448.30 |
| Net Check | | | 0.00 |

Base Salary:          $2,000.00

© 2007 Automatic Data Processing (PC/SPO)

C H Robinson Company, Inc.
14701 Charlson Road
Eden Prairie, MN 55347

| Advice Number: | 0090460386 |
|---|---|
| Advice Date: | 07/31/2008 |

**Deposited to the account of**
FAYE M DERAMUS

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | **2553 | 271972572 | 1448.30 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

## Earnings Statement

CO    FILE #
PCSC98  000012771
MID:7655                    005265-005258
Dept:7655    Co:002

C H Robinson Company, Inc.
14701 Charlson Road
Eden Prairie, MN 55347

Taxable  Marital  Status:    S

Exemptions/Allowances              Add'l
Fed:  02
IL:   02

Emp #  12771

| Period Ending: | 08/15/2008 |
| Advice Date: | 08/15/2008 |
| Advice Number: | 0090466392 |
| Batch Number: | 000000000198 |

Page 001 of 001

FAYE M DERAMUS
4016 S. Indiana Ave
2nd FL
Chicago, IL 60653

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | | | 2,000.00 | 30,000.00 |
| Other - Adju | 7.88- | | 181.85- | 745.63- |
| Rstr Unit Di | | | 0.00 | 151.80 |
| Restricted U | | | 0.00 | 0.00 |
| ESPP Refund | | | 0.00 | 73.28 |
| Gross Pay | | 7.88- | 1,818.15 | 29,479.45 |

### Deductions

| | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Withholding | | 186.37 | 3,317.43 |
| Fed MED/EE | | 26.19 | 423.70 |
| Fed OASDI/EE | | 111.96 | 1,811.68 |
| IL Withholding | | 46.99 | 766.52 |
| *Medical Premium | | 12.50 | 187.50 |
| *401(K) | | 72.73 | 1,170.19 |
| Long Term Disability Plus | | 4.90 | 66.22 |
| ESPP Stock Purchase | | 18.18 | 292.54 |
| Net Pay | | 1,338.33 | 21,443.67 |

| Other Benefits and Information | | This Period | Year-to-Date |
|---|---|---|---|
| 401(K) Match | | 72.73 | 1,170.19 |

### Direct Deposit Summary

| Trans Type | Account | Amount |
|---|---|---|
| Deposit Che | **2553 | 1,338.33 |
| Net Check | | 0.00 |

Base Salary:    $2,000.00

© 2002 Automatic Data Processing (PC5uVO)

---

C H Robinson Company, Inc.
14701 Charlson Road
Eden Prairie, MN 55347

Advice Number:    0090466392

Advice Date:      08/15/2008

### Deposited to the account of

FAYE M DERAMUS

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | **2553 | 271972572 | 1338.33 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

B6H (Official Form 6H) (12/07)

IN RE <u>Deramus, Faye</u>                                                        Case No. _____
                        Debtor(s)                                                        (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jarvis Smith (Husband)** | **Chrysler Financial**<br>**999 Oakmont Plaza Dr**<br>**Westmont, IL  60559-5563**<br><br>**Chrysler Financial**<br>**999 Oakmont Plaza Dr**<br>**Westmont, IL  60559-5563** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Deramus, Faye** _____    Case No. _____
                Debtor(s)                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Diana Ruiz** | **Landlord/ Tenant lease at 15119 Lexington, Harvey, IL.  Rent is $1350 monthly.  Lease term is May 1, 2008 - April 30, 2009** |
| **Keshia Clark** | **Landlord/ Tenant lease at 2 W 152nd Ave, Harvey, IL.  Rent is $1115 monthly.  Lease term is March 1, 2008 - February 28, 2009** |
| **Joi Cobb** | **Landlord/ Tenant lease at 4016 S Indiana Ave.  Rent is $1000 monthly.  Lease term is January 1, 208 - December 31, 2008** |
| **Jackie Ramirez** | **Landlord/ Tenant lease at 4016 S Indiana Ave.  Rent is $1500 monthly.  Lease term is February 1, 208 - Janaruy 31, 2009** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                          Case No. _____

Deramus, Faye _____  Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **676.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **351.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **325.00**

2.  The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Litigation / Adversary Proceedings**
    **$400.00 for Motions to Redeem**
    **Credit Counseling Fees**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____       /s/ Nicolette Robovsky
**February  4, 2009**                      **Nicolette Robovsky 6278336**
Date                                      **Gleason & Gleason**
                                          **77 W Washington, Ste 1218**
                                          **Chicago, IL  60602**
                                          **(312) 578-9530  Fax: (312) 578-9524**

Certificate Number: 01401-ILN-CC-005341098

## CERTIFICATE OF COUNSELING

I CERTIFY that on November 6, 2008 , at 11:36 o'clock AM EST ,

Faye M Deramus received from

GreenPath, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone .

Date: November 6, 2008          By      /s/Holli Bratt for George Ferguson

Name    George Ferguson

Title    Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

United States Bankruptcy Court
Northern District of Illinois

IN RE:                                                          Case No. _____

Deramus, Faye _____    Chapter 7 _____
                        Debtor(s)

## DECLARATION REGARDING ELECTRONIC FILING
### Signed by Debtor(s) or Corporate Representative
### To Be Used When Filing over the Internet

                                                    Date: October 27, 2008 _____

PART I - DECLARATION OF PETITIONER
A. To be completed in all cases.

I (We) Faye Deramus _____ and _____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☑ I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐ I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _Faye Dera_____        Signature: _____
              (Debtor or Corporate Officer, Partner or Member)                      (Joint Debtor)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only